Certificate Number: 11760-RI-DE-015560977

Bankruptcy Case Number: 11-12667



11760-RI-DE-015560977

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 25, 2011, at 6:14 o'clock PM PDT, Russell Matuszek completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Rhode Island.

Date: July 25, 2011

By: /s/Jennifer L Walter

Name: Jennifer L Walter

Title: Teacher